**ATTORNEY GRIEVANCE COMMISSION**
**OF MARYLAND**

**v.**

**ZIONNE AKPAN**

\*    **IN THE**

\*    **COURT OF APPEALS**

\*    **OF MARYLAND**

\*    **Misc. Docket AG No. 91,**

\*    **September Term, 2020**

**O R D E R**

Upon consideration of the Joint Petition of the Attorney Grievance Commission of Maryland and the Respondent, Zionne Akpan, to indefinitely suspend the Respondent from the practice of law for violations of Rules 19-301.15(a) and 19-308.4(a) and (d) of the Maryland Rules of Professional Conduct and Maryland Rules 19-407(a) and 19-410 (b), it is this 11th day of May, 2021

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, Zionne Akpan, be indefinitely suspended from the practice of law in the State of Maryland, effective sixty (60) days from the date of this Order; and it is further

**ORDERED**, that, on July 12, 2021, the Clerk of this Court shall remove the name of Zionne Akpan from the register of attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Robert N. McDonald
Senior Judge

Suzanne C. Johnson, Clerk